UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JARED RAYDON-PERRY,**

 Plaintiff,

v.           No. 4:21-cv-0834-P-BP

**NEIL M. ALEXANDER ET AL.,**

 Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

 The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 13. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

 Accordingly, the First Motion to Reopen Case (ECF No. 9) and the Amended Motion to Amend/Correct First Motion to Reopen Case (ECF No. 10) are both **DENIED**. Further, the third Motion (ECF No. 11) is **DENIED as moot.**

 **SO ORDERED** on this **22nd day** of **July, 2022.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE